IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| In the Matter of the Search of: | MJ 20-9-BU-KLD |
|---|---|
| United States Postal Service Parcel Addressed to ZAK SHAD, 13555 Turah Rd. #12, Clinton, MT 59825 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 1st day of June, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1